UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DIARBRO L. WILLIAMS,

          Plaintiff,

v.                                       Case No. 20-cv-504-pp

SERGEANT HESTHAVEN,
and NURSE MICHELLE,

          Defendants.

---

**ORDER ENFORCING ORDER TO SHOW CAUSE (DKT. NO. 106) AND DISMISSING CASE WITHOUT PREJUDICE**

---

On April 13, 2022, the court ordered the plaintiff to show cause why it should not dismiss this case after the plaintiff failed to appear for an April 12, 2022 telephonic status conference. Dkt. No. 106. The order explained that the court had sent its recent orders and notices to the plaintiff at the address in Racine that he provided to the court on October 7, 2021. Id. at 1 (citing Dkt. Nos. 100, 101, 103, 104). None of those orders had been returned to the court as undeliverable. Id. at 1–2. The defendants and the court had not heard from the plaintiff in several months. Id. The court ordered that it would not "take further action unless the plaintiff files a document in writing, explaining why the court should not dismiss this lawsuit for the plaintiff's failure to prosecute it." Id. at 3. The court ordered the plaintiff to file his written explanation by May 20, 2022. Id.

The May 20, 2022 deadline has passed, and the plaintiff has not filed a written explanation for his failure to appear at the telephonic status conference. The court has heard nothing from the plaintiff since receiving his change-of-

address notification in October 2021. The April 13, 2022 order has not been returned to the court as undeliverable. Consistent with that order, the court will dismiss this case without prejudice for the plaintiff's failure to prosecute it. <u>See</u> Civil Local Rule 41(c) (E.D. Wis.).

The court **ORDERS** that this case is **DISMISSED WITHOUT PREJUDICE**. The clerk will enter judgment accordingly.

Dated in Milwaukee, Wisconsin this 26th day of May, 2022.

**BY THE COURT:**

_____
**HON. PAMELA PEPPER
United States District Judge**